1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   MELVIN TAYLOR,                    ) Case No. CV 15-8493 AG(JC)
                                       )
12                   Petitioner,       )
                                       )
13            v.                       ) JUDGMENT
                                       )
14   K. HOLLAND, Warden,               )
                                       )
15                                     )
                     Respondent.       )
16   _____  )
17          Pursuant to this Court's Order Summarily Dismissing Petition for Writ of
18   Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus
19   filed in this action is dismissed without prejudice.
20          IT IS SO ORDERED.
21
22   DATED: November 28, 2015
23
24
25   _____
26   HONORABLE ANDREW J. GUILFORD
     UNITED STATES DISTRICT JUDGE
27
28